In the Matter of NICHOLAS J. CAFARELLI, an attorney and counsellor at law.

Argued January 28, 1957.

For the order: Mr. William H. Whitson.

January 28, 1957. Name of respondent stricken from the rolls of attorneys and counsellors at law.

In the Matter of JOSEPH P. WILSON, an attorney at law.

Argued April 8, 1957.

For the order: Mr. David F. Greenberg.

For the respondent: Mr. William C. Gotshalk.

May 13, 1957. Respondent suspended from the practice of law for one year and until further order. Opinion reported at 24 *N. J.* 277.